No. 90–5264.   COTTON v. NEW MEXICO.   Ct. App. N. M. Certiorari denied.

No. 90–5265.   CRUZ v. MCCARTHY, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS.   C. A. 9th Cir.   Certiorari denied.

No. 90–5267.   TADROS v. COLEMAN ET AL.   C. A. 2d Cir. Certiorari denied.

No. 90–5268.   CASAS v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 90–5269.   WANG v. CALIFORNIA STATE UNIVERSITY BOARD OF TRUSTEES ET AL.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 90–5271.   SANCHEZ v. SULLIVAN, WARDEN.   C. A. 10th Cir.   Certiorari denied.

No. 90–5272.   BONACCI v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 90–5273.   BAUTISTA-GARCIA v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 90–5274.   PIERCE v. KENTUCKY.   Sup. Ct. Ky.   Certiorari denied.

No. 90–5276.   BALAWAJDER v. JONES.   Sup. Ct. Tex.   Certiorari denied.

No. 90–5277.   VINSON v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE.   C. A. 5th Cir.   Certiorari denied.

No. 90–5278.   GORDON v. AGNOS ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 90–5279.   GORDON v. BOWERS.   C. A. 11th Cir.   Certiorari denied.

No. 90–5280.   BRAKKE ET AL. v. DAKOTA BANK & TRUST CO. OF FARGO ET AL.   Sup. Ct. N. D.   Certiorari denied.

No. 90–5281.   TYLER v. SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 3d Cir.   Certiorari denied.